**Louis BARNETT, Appellant, v. F. W. WOOLWORTH CO., Appellee.**

**No. 187.**

Circuit Court of Appeals, Second Circuit.
Feb. 1, 1932.

Albert T. Scharps, of New York City, for appellant.

Gifford, Scull & Burgess, of New York City (George F. Scull, of New York City, of counsel), for appellee.

Before L. HAND, SWAN, and CHASE, Circuit Judges.

PER CURIAM.

Decree [56 F.(2d) 418] affirmed.